**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**DELMY ELIZABETH MULLER-PANTING #A243-137-873**

**CASE NO. 6:26-CV-02768 SEC P**

**VERSUS**

**JUDGE TERRY A. DOUGHTY**

**SOUTH LOUISIANA I C E PROCESSING CENTER**

**MAG. JUDGE KAYLA D. MCCLUSKY**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 12], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Delmy Elizabeth Muller-Panting's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 6th day of November, 2026.

Terry A. Doughty
United States District Judge